IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GARTH ANCIER,

           Plaintiff,

vs.

MICHAEL P. EGAN III, et. al;

           Defendants.

8:15CV210

ORDER

IT IS ORDERED:

1)     The parties' stipulation, (Filing No. 13), is approved.

2)     Any opposition to Non-Party Robb N. Gage's Motion to Quash or Modify Plaintiff's Subpoena shall be filed on or before September 28, 2015, with any reply filed on or before October 5, 2015.

August 26, 2015.

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge