IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARTH ANCIER,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL P. EGAN III, JEFFREY M. HERMAN, AND MARK F. GALLAGHER,<br><br>        Defendants. | **8:15CV210**<br><br>**ORDER** |

Pursuant to the parties' stipulation, (Filing No. 15), which is hereby granted,

IT IS ORDERED:

1) On or before October 20, 2015, Gage shall submit to the Court for in camera review the approximately five (5) pages of documents responsive to Plaintiff's subpoena duces tecum that Gage claims are or could be protected by the attorney-client privilege.

2) The motion to quash, (Filing No. 1), is denied as moot.

October 13, 2015.

                                                                BY THE COURT:

                                                                 *s/ Cheryl R. Zwart*
                                                                 United States Magistrate Judge