IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GARTH ANCIER,

Plaintiff,

8:15-CV-210

vs.

ORDER

MICHAEL P. EGAN, III, et al.,

Defendants.

This matter is before the Court on the suggestion of the defendant Michael P. Egan, III's bankruptcy, filed by the plaintiff Garth Ancier (filing 19). NEGenR 1.5(a)(1) provides that

> [u]pon the filing of a suggestion in bankruptcy, or other notification that a party to a civil case is a debtor in a bankruptcy case, the court issues an order staying further proceedings in the case as to the party in bankruptcy. The case may proceed as to any parties not in bankruptcy. If any party files a motion requesting referral of the case to the bankruptcy court, the case is referred to the bankruptcy court for further action. Upon receiving the referral, the bankruptcy judge requests status reports from the parties. After reviewing the status reports, the bankruptcy judge determines whether the case should proceed in bankruptcy court or be returned to district court. If the case is to be returned to district court, the bankruptcy judge files a report and recommendation concerning withdrawal of the reference. The report includes a recommendation regarding the necessity of the debtor's participation in the case, and, if appropriate, the bankruptcy judge enters an order in the bankruptcy case granting relief from the automatic stay to allow the case to proceed with the debtor as a party.

IT IS ORDERED:

1.    This case is stayed as to the defendant Michael P. Egan, III.

2.     The case may proceed as to defendants Jeffrey M. Herman and Mark F. Gallagher.

Dated this 10th day of February, 2016.

BY THE COURT:

_____

John M. Gerrard
United States District Judge