IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARTH ANCIER, | |
| Plaintiff, | 8:15-CV-210 |
| vs. | |
| MICHAEL P. EGAN, III, et al., | ORDER |
| Defendants. | |

This matter is before the Court on its own motion. It appears that all the issues presented by the motion to quash (filing 1) have been resolved, and the time for any objection to the Magistrate Judge's order (filing 18) has elapsed. *See* NECivR 72.2. Accordingly, this case will be closed. The Court notes that it is not precluded from closing the case by the automatic bankruptcy stay, as a dismissal is not a "continuation" of a proceeding against a debtor within the meaning of 11 U.S.C. § 362(a)(1). *See Dennis v. A.H. Robins Co., Inc.*, 860 F.2d 871, 872 (8th Cir. 1988); *see also O'Donnell v. Vencor Inc.*, 466 F.3d 1104, 1110-11 (9th Cir. 2006).

IT IS ORDERED that this case is closed.

Dated this 21st day of March, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge